FILED

11/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0181

DANNY LEE WARNER Jr.,

Plaintiff and Appellant,

v.

STATE OF MONTANA,

Defendant and Appellee.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Respondents are granted an extension of time to and including December 30, 2024, within which to prepare, serve, and file the Appellee's response brief.

DATED this ___ day of _____, 2024.

_____
JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 27 2024